# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

April 4, 2006

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 5 2006

GREGORY C. LANGHAM
CLERK

Mr. Eric John Lanzieri
Arizona State Prison
#73075
P.O. Box 3500
Buckeye, AZ 85326-0305

Mr. John W. Suthers
Ms. Laurie A. Booras
State of Colorado
Department of Law
1525 Sherman Street, 5th Floor
Denver, CO 80203

    Re:    06-1083, Lanzieri v. Schriro
           Dist/Ag docket: 05-cv-1791-OES

Dear Counsel:

    Enclosed is a copy of an order entered today in this case.

    Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: *KLP*
Deputy Clerk

clk:klp

cc:    Gregory C. Langham, Clerk

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| ERIC JOHN LANZIERI, <br><br> Petitioner, <br><br> v. <br><br> DORA SCHRIRO, Director, AZ Dept. of Corrections; ATTORNEY GENERAL OF THE STATE OF COLORADO, <br><br> Respondents. | No. 06-1083 |

ORDER

Filed April 2, 2006

Before **BRISCOE**, **MURPHY**, and **McCONNELL**, Circuit Judges.

Eric John Lanzieri seeks authorization to file another 28 U.S.C. § 2254 petition in the district court to challenge the fact that Colorado has not yet sentenced him following his conviction for escape.

Whether Mr. Lanzieri's remedy lies under § 2254 or 28 U.S.C. § 2241, we deny authorization because it is unnecessary. Mr. Lanzieri's first federal habeas petition was denied because he had not exhausted his state remedies. Accordingly, it does not count as a prior petition for purposes of § 2244(b)(2). *See Slack v.*

*McDaniel*, 529 U.S. 473 (2000) (dismissal of a habeas petition for failure to exhaust state remedies does not count as a prior for purposes of the gatekeeping provisions).

Accordingly, authorization is **DENIED** as unnecessary. This order is not subject to a petition for rehearing or a writ of certiorari. *See* 28 U.S.C. § 2244(b)(3)(E).

> Entered for the Court
> ELISABETH A. SHUMAKER, Clerk
>
> by: *[signature]*
> Ellen Rich Reiter
> Deputy Clerk/Jurisdictional Attorney